# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff

V.

**0.29645317 BITCOIN; $6857.00 IN UNITED STATES CURRENCY; 0.1385109 BITCOIN; AND 290.60903 KYBER NETWORK COINS.**
    **Defendant Property**

And

**JEREMY HAMILTON,**
    Claimant

**CIVIL ACTION NO.
3:22-CV-00149-TCB**

## ENTRY OF APPEARANCE

Please enter BRUCE S. HARVEY as attorney of record for the Claimant, JEREMY HAMILTON, in the above-captioned matter.

1

This 12 day of December, 2022.

                              Respectfully submitted,

                              /s/ Bruce S. Harvey
                              LAW OFFICE OF BRUCE S. HARVEY
                              ATTORNEYS FOR CLAIMANT
                              Bruce S. Harvey, #335175
                              bruce@bharveylawfirm.com
                              Jamie Roberts, #608590
                              jamie@bharveylawfirm.com

Bruce S. Harvey, #335175
146 Nassau Street
Atlanta, Georgia 30303
(404) 659-4628

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing Entry of Appearance upon opposing counsel by e-filing, facsimile transmission, hand delivery or by depositing a copy of same in the United States Mail with sufficient postage attached thereon, addressed as follows:

>Cynthia B. Smith, AUSA
>600 Richard Russell Building
>75 Spring Street, SW
>Atlanta, Georgia 30303

This 12 day of December, 2022.

>/s/ Bruce S. Harvey
>LAW OFFICE OF BRUCE S. HARVEY
>ATTORNEYS FOR CLAIMANT
>Bruce S. Harvey, #335175
>bruce@bharveylawfirm.com
>Jamie Roberts, #608590
>jamie@bharveylawfirm.com

Bruce S. Harvey, #335175
146 Nassau Street
Atlanta, Georgia 30303
(404) 659-4628