## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**UNITED STATES OF AMERICA,**
    **Plaintiff**

**V.**

                                              **CIVIL ACTION NO.**

**0.29645317 BITCOIN; $6857.00 IN**        **3:22-CV-00149-TCB**
**UNITED STATES CURRENCY;**
**0.1385109 BITCOIN; AND 290.60903**
**KYBER NETWORK COINS.**
    **Defendant Property**

**And**

**JEREMY HAMILTON,**
    **Claimant**

### CLAIM AND STATEMENT OF INTEREST OF JEREMY HAMILTON

COMES NOW JEREMY HAMILTON, who makes and files this claim with regard to his interest in the 0.29645317 Bitcoin; $6857 dollars in United States currency; 0.1385109 Bitcoin; and 290.60903 Kyber Network Coins, pursuant to Rule C (6), Supplement Rules of Certain Admiralty and Maritime Claims, in response to the Complaint for Forfeiture filed by the United States of America and shows as follows:

1. Jeremy Hamilton claims an interest in the 0.29645317 Bitcoin; $6857 dollars in United States currency; 0.1385109 Bitcoin; and 290.60903 Kyber

1

Network Coins initially seized by law enforcement and now in the custody, and under the control, of the United States Marshals Service.

2. Jeremy Hamilton has an interest in the afore-referenced property as he acquired the cryptocurrency assets and currency as savings from his construction business and hereby demands its restitution, and in accord therewith the right to defend Civil Action 3:22-cv-00149-TCB filed in this Court on August 23, 2022.

3. Undersigned counsel, has full authorization to make this claim on behalf of Mr. Hamilton's interests.

This 12 day of December, 2022.

Respectfully submitted,

/s/ Bruce S. Harvey
LAW OFFICE OF BRUCE S. HARVEY
ATTORNEYS FOR CLAIMANT
Bruce S. Harvey, #335175
bruce@bharveylawfirm.com
Jamie Roberts, #608590
jamie@bharveylawfirm.com

Bruce S. Harvey, #335175
146 Nassau Street
Atlanta, Georgia 30303
(404) 659-4628

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served a copy of the within and

foregoing pleading upon opposing counsel by e-filing, facsimile transmission, hand

delivery or by depositing a copy of same in the United States Mail with sufficient

postage attached thereon, addressed as follows:

> Cynthia B. Smith, AUSA
> 600 Richard Russell Building
> 75 Spring Street, SW
> Atlanta, Georgia 30303

This 12 day of December, 2022.

> /s/ Bruce S. Harvey
> LAW OFFICE OF BRUCE S. HARVEY
> ATTORNEYS FOR CLAIMANT
> Bruce S. Harvey, #335175
> bruce@bharveylawfirm.com
> Jamie Roberts, #608590
> jamie@bharveylawfirm.com

Bruce S. Harvey, #335175
146 Nassau Street
Atlanta, Georgia 30303
(404) 659-4628

## **VERIFICATION**

I, Jeremy Hamilton, have read the foregoing and pursuant to 28 USC §1746, declare under penalty of perjury that it is true and correct.

Executed on:   12/12/22

Jeremy Hamilton