IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff

V.

0.29645317 BITCOIN; $6857.00 IN
UNITED STATES CURRENCY;
0.1385109 BITCOIN; AND 290.60903
KYBER NETWORK COINS.
    Defendant Property

And

JEREMY HAMILTON,
    Claimant

CIVIL ACTION NO.
3:22-CV-00149-TCB

### CLAIMANT JEREMY HAMILTON'S ANSWER TO PLAINTIFF'S COMPLAINT FOR FORFEITURE AS TO 0.29645317 BITCOIN; $6857.00 IN UNITED STATES CURRENCY; 0.1385109 BITCOIN; AND 290.60903 <u>KYBER NETWORK COINS, ONLY</u>

COMES NOW the Defendant Property and Claimant JEREMY HAMILTON, and, pursuant to Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims and Rule 12(a) and (b)(6) of the Federal Rules of Civil Procedure, hereby answer's Plaintiff's Amended Complaint for Forfeiture and shows as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

The Court lacks jurisdiction over the subject matter of this Complaint.

### THIRD DEFENSE

The Complaint on its face fails to state probable cause for the Defendant properties' seizure as required by 18 USC §981.

### FOURTH DEFENSE

The Complaint on its face fails to state probable cause for the Defendant properties seizure as required by 21 USC §881.

### FIFTH DEFENSE

The seizure of the Defendant's Property was based upon an unlawful search and seizure by state and/or federal authorities in violation of the Fourth Amendment to the United States Constitution.

### SIXTH DEFENSE

The property was seized in violation of the provisions of the Eighth Amendment.

### SEVENTH DEFENSE

By way of specific answer to the allegations contained in Plaintiff's Complaint, Defendant Property and Owner/Claimant show as follows:

1. Claimant admits that the property was seized; but, for want of sufficient

information upon which to base an answer, the Claimant can neither admit nor deny any other allegations contained in paragraphs 1 and 3-5 of the Complaint.

2. Paragraphs 6-8 is a statement of the jurisdictional basis and venue for Plaintiff's Complaint, not an allegation of fact for which an answer is required, but if an answer is required paragraphs 6-8 of the Complaint are denied.

3. The Claimant denies the allegations in paragraphs 2, 9-10, 24-26 and demands strict proof thereof.

4. The statements relied upon by the Government in paragraphs 16-21 weren't knowingly or voluntarily made by Claimant and were elicited in violation of his rights under the 5th and 6th Amendments to the United States Constitution.

5. Claimant is without sufficient information or knowledge to either admit or deny the allegations contained in paragraph 12-15, 22-23, 27-28, 30-32, 35, 39-41 of the Complaint.

6. Claimant admits the allegations contained in paragraphs 11, 14, 29, 33, 36-38, of the complaint.

7. Claimant admits that the online wallets containing cryptocurrency were seized as described in paragraph 34, and 42-43 but is without sufficient

3

information upon which to answer the rest of this paragraph of the complaint.

WHEREFORE, the Claimant prays that:

(a) Plaintiff takes nothing by its Complaint;

(b) The Defendant property is returned to Claimant forthwith;

(c) These issues are tried by a jury;

(d) The Court award Claimant reasonable costs and attorney's fees; and

(e) For such other and further relief as is just and equitable.

This 3 day of January, 2023.

                                            Respectfully submitted,

                                            /s/ Bruce S. Harvey
                                            LAW OFFICE OF BRUCE S. HARVEY
                                            ATTORNEYS FOR CLAIMANT
                                            Bruce S. Harvey, #335175
                                            bruce@bharveylawfirm.com
                                            Jamie Roberts, #608590
                                            jamie@bharveylawfirm.com

Bruce S. Harvey, #335175
146 Nassau Street
Atlanta, Georgia 30303
(404) 659-4628

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing pleading upon opposing counsel by e-filing, facsimile transmission, hand delivery or by depositing a copy of same in the United States Mail with sufficient postage attached thereon, addressed as follows:

>Cynthia B. Smith, AUSA
>600 Richard Russell Building
>75 Spring Street, SW
>Atlanta, Georgia 30303

This 3 day of January, 2023.

>/s/ Bruce S. Harvey
>LAW OFFICE OF BRUCE S. HARVEY
>ATTORNEYS FOR CLAIMANT
>Bruce S. Harvey, #335175
>bruce@bharveylawfirm.com
>Jamie Roberts, #608590
>jamie@bharveylawfirm.com

Bruce S. Harvey, #335175
146 Nassau Street
Atlanta, Georgia 30303
(404) 659-4628

## VERIFICATION

I, Jeremy Hamilton, have read the foregoing and pursuant to 28 USC §1746, declare under penalty of perjury that it is true and correct.

Executed on: 01/03/23

_Jeremy J. Hamilton_ (signature)
Jeremy Hamilton