IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*v.*<br><br>0.29645317 BITCOIN, ET AL. | Civil Action No.<br><br>3:22-cv-00149-TCB |

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January 2023, I served PLAINTIFF'S FIRST SET OF INTERROGATORIES AND PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO CLAIMANT JEREMY HAMILTON by certified mail, return receipt requested, as follows:

> Bruce S. Harvey
> Attorney for Claimant Jeremy Hamilton
> Law Office of Bruce S. Harvey
> 146 Nassau Street, N.W.
> Atlanta, GA 30303

I also certify that I electronically filed this accompanying Certificate of Service with the Clerk of Court using the CM/ECF system.

**RYAN K. BUCHANAN**
*United States Attorney*

*/s/ Radka T. Nations*
**RADKA T. NATIONS**
*Assistant United States Attorney*
Georgia Bar No. 618248
600 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303
Telephone: (404) 581-6000
Radka.Nations2@usdoj.gov