IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff

V.

**0.29645317 BITCOIN; $6857.00 IN UNITED STATES CURRENCY; 0.1385109 BITCOIN; AND 290.60903 KYBER NETWORK COINS.**
    Defendant Property

And

**JEREMY HAMILTON,**
    Claimant

CIVIL ACTION NO.
3:22-CV-00149-TCB

## CERTIFICATE OF SERVICE

I hereby certify that on this 2 day of March 2023, I served CLAIMANT'S ANSWER TO UNITED STATES OF AMERICA'S FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS by certified mail, return receipt requested, as follows:

    Radka T. Nations, AUSA
    600 Richard Russell Building
    75 Spring Street, SW
    Atlanta, Georgia 30303

I also certify that I electronically filed this accompanying Certificate of Service with the Clerk of Court using the CM/ECF system.

This 2 day of March, 2023.

                                        /s/ Bruce S. Harvey
                                        LAW OFFICE OF BRUCE S. HARVEY
                                        ATTORNEYS FOR CLAIMANT
                                        Bruce S. Harvey, #335175
                                        bruce@bharveylawfirm.com
                                        Jamie Roberts, #608590
                                        jamie@bharveylawfirm.com

Bruce S. Harvey, #335175
146 Nassau Street
Atlanta, Georgia 30303
(404) 659-4628